IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

BRENTON ULLMAN, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　No.　14-cv-0843 SMV/GBW
　　　　　　　　　　　　　　　　　　　　　 consolidated with
DENCO, INC., et al.,　　　　　　　　　Nos. 15-cv-0034 WPL/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0066 CG/GBW
    Defendants.　　　　　　　　　　　　　 15-cv-0068 CG/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0081 CG/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0090 WPL/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0097 SMV/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0104 SMV/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0127 LAM/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0157 LAM/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0158 WPL/GBW
　　　　　　　　　　　　　　　　　　　　　 15-cv-0163 CG/GBW

## ORDER SETTING IN-PERSON STATUS CONFERENCE

**Date and time**:　　　June 24, 2015, at 9:30 a.m.

**Matter to be heard**:　Status conference

    **IT IS ORDERED** that lead trial counsel shall appear in person for a status conference on **June 24, 2015, at 9:30 a.m., in the Doña Ana Courtroom** at the United States Courthouse, 100 North Church Street, in **Las Cruces**, New Mexico.  Counsel shall be prepared to discuss the status of the case, as well as magistrate judge consent, judge assignment, and consolidation.

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　 **STEPHAN M. VIDMAR**
　　　　　　　　　　　　　　　　　　　　 **United States Magistrate Judge**
　　　　　　　　　　　　　　　　　　　　 **Presiding by Consent**