IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**BRENTON ULLMAN, et al.,**

    **Plaintiffs,**

**v.**                                                **No.**    **14-cv-0843 SMV/GBW**
                                                                     consolidated with

**DENCO, INC., et al.,**                     **Nos.**   **15-cv-0034 WPL/GBW**
                                                                         **15-cv-0066 CG/GBW**

    **Defendants.**                                       **15-cv-0068 CG/GBW**
                                                                         **15-cv-0081 CG/GBW**
                                                                         **15-cv-0090 WPL/GBW**
                                                                         **15-cv-0097 SMV/GBW**
                                                                         **15-cv-0104 SMV/GBW**
                                                                         **15-cv-0127 LAM/GBW**
                                                                         **15-cv-0157 LAM/GBW**
                                                                         **15-cv-0158 WPL/GBW**
                                                                         **15-cv-0163 CG/GBW**

**AMENDED ORDER OF CONSOLIDATION**

      THIS MATTER is before the Court on consultation with counsel at a status conference on June 24, 2015. The parties agree that, pursuant to Fed. R. Civ. P. 42, the cases listed above shall be consolidated for all purposes,[1] including the undersigned's serving as presiding judge in all cases and the Honorable Gregory B. Wormuth, United States Magistrate Judge, serving as referral judge in all cases. To that end, counsel for both parties shall file the appropriate consents on the record for the undersigned to conduct dispositive proceedings and enter final judgment(s) in all cases.

      **IT IS THEREFORE ORDERED** that the Clerk consolidate the above-listed cases and assign them to the undersigned as presiding judge and to Judge Wormuth as referral judge.

      **IT IS SO ORDERED.**

                                                                            **STEPHAN M. VIDMAR**
                                                                            **United States Magistrate Judge**
                                                                            **Presiding by Consent**

---

[1] *Weber v. Denco*, 15-cv-0418 RB/SMV is *not* included and shall proceed separately.